## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRI LANGFORD, individually and on** | : | |
| **behalf of a class of persons similarly situated,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A.  No. 1: 16-cv-00209-M-LDA** |
| | : | |
| **BUFFALO WILD WINGS INTERNATIONAL,** | : | |
| **INC., BUFFALO WILD WINGS, INC. and** | : | |
| **BLAZIN WINGS, INC. d/b/a BUFFALO WILD** | : | |
| **WINGS, JOHN DOE COMPANIES,** | : | |
| **1 through 10, inclusive,** | : | |
| **Defendants** | : | |

### PLAINTIFF'S UNOPPOSED MOTION
### FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION

Now comes the Plaintiff and hereby moves this Court to approve the settlement of the collective action in this matter for the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Unopposed Motion for Approval of Settlement of Collective Action.

The Defendants have provided their consent to the within Motion.

PLAINTIFF,
on behalf of herself and all others similarly situated,
By her attorneys,
FORMISANO & COMPANY, P.C.

Dated: November 13, 2020

/s/ V. Edward Formisano
/s/ Michael D. Pushee
V. Edward Formisano (#5512)
Michael D. Pushee (#6948)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9691
(401) 944-9695 (facsimile)

## <u>CERTIFICATION</u>

I hereby certify that the within document has been electronically filed with the Court on this 13th day of November, 2020 and is available for viewing and downloading from the ECF system.

/s/ Michael D. Pushee