UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LORRI LANGFORD, individually and on behalf of a class of persons similarly situated,**      **Plaintiff** | : : : : : |
| v. | : : C.A. No. 1: 16-cv-00209-JJM-LDA |
| **BUFFALO WILD WINGS INTERNATIONAL, INC., BUFFALO WILD WINGS, INC. and BLAZIN WINGS, INC. d/b/a BUFFALO WILD WINGS, JOHN DOE COMPANIES, 1 through 10, inclusive,**      **Defendants** | : : : : : : : |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION**

This matter was before this Court on Plaintiff's Unopposed Motion for Approval of Settlement of Collective Action (the "Motion"), and following consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. the Motion is granted;
2. the settlement in this matter is fair and adequate and is approved. The terms in the Settlement Agreement are incorporated herein;
3. the Settlement Class is certified for settlement purposes;
4. the Plaintiff's proposed Settlement Notice and the plan for distribution of the settlement funds is approved;
5. the Incentive Award is approved;
6. the Plaintiff's Counsel's request for attorney's fees and expenses is granted; and,
7. Rust Consulting, Inc. is approved as the third-party Settlement Administrator.

**ENTERED** as an order of this Court on the __16th__ day of __November__, 2020.

_____
Hon. John J. McConnell Jr., Chief Judge